**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| ERIC FLORES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:20-CV-00198-RWS |
| § | |
| UNITED STATES DEPARTMENT OF § JUSTICE, *ET AL.*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff Eric Flores, an inmate proceeding *pro se*, filed the above-styled and numbered civil action complaining of alleged violations of his constitutional rights. The case was referred to the United States Magistrate Judge in accordance with 28 U.S.C. § 636.

Plaintiff alleges that the United States Supreme Court legalized same-sex marriage in order to allow certain unnamed persons to decapitate American citizens and sexually abuse the corpses. The Magistrate Judge properly determined that these allegations are "manifestly frivolous and unworthy of further discussion," and recommended dismissal of the lawsuit with prejudice as frivolous and for failure to state a claim upon which relief may be granted.  Docket No. 3 at 1.

The Magistrate Judge further noted that this filing is one of a lengthy series of frivolous filings from the Plaintiff Eric Flores.  *Id.* at 1.  He has accumulated three strikes within the meaning of 28 U.S.C. § 1915(g) and therefore cannot proceed *in forma pauperis* absent a showing of imminent danger of serious physical injury.  *Id.*  In addition, Plaintiff has been sanctioned a total of $300.00 by the Fifth Circuit Court of Appeals in two separate cases and barred from further filing absent leave of court until he pays the sanctions in full.  *Id.* at 2.

Plaintiff has not satisfied these sanctions and has ignored multiple warnings.  He filed a total of eight lawsuits between September of 2020 and March of 2021, each raising similarly frivolous and nonsensical allegations.  The Magistrate Judge therefore recommended that no further lawsuits be accepted from the Plaintiff Eric Flores unless such lawsuit is filed by a licensed attorney enrolled to practice in the Eastern District of Texas and the full filing fee is paid at the outset of the case.

*Id.*

Plaintiff filed objections complaining the facts of his case were not properly adjudicated and asserting he did not have three strikes. Docket No. 5. Rather, Plaintiff claimed prison officials fabricated court orders and filed them so as to make it appear that he had three strikes, and this was done in order to "hinder a criminal investigation that can result in criminal lawful sanctions against prison officials for facilitating a conspiracy to murder and decapitate prisoners family to force petitioner into homosexuality." *Id.*

The Fifth Circuit has stated that "to recount the characteristics and history of this prisoner's litigation is to foreshadow what we must do with it." *Vinson v. Texas Board of Corrections*, 901 F.2d 474, 475 (5th Cir. 1990). A *de novo* review demonstrates that the Magistrate Judge's Report was correct and Plaintiff's objections are entirely without merit. Accordingly, it is

**ORDERED** that the Plaintiff's objections are overruled and the Report of the Magistrate Judge (Docket No. 3) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted. It is further

**ORDERED** that the Court shall accept no further lawsuits from the Plaintiff Eric Flores, TDCJ-CID No. 02051801, unless such lawsuit is filed by a licensed attorney enrolled to practice in the Eastern District of Texas and upon payment of the full filing fee at the initiation of the case. Any new lawsuit received from the Plaintiff which does not meet both of these conditions shall be returned by the Clerk of Court or discarded, at the sole discretion of the Clerk. It is further

**ORDERED** that a copy of this Order shall be sent to the Administrator of the Sanctions List for the Eastern District of Texas.

**So ORDERED and SIGNED this 30th day of March, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE